# United States District Court
## Western District of North Carolina
Charlotte **Division**

| | | |
|---|---|---|
| **Benoit Constant,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00579-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Bell et al, | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

December 15, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court